IN RE: Wheatley, Elmore D.; — Plaintiffs); Applying for Supervisory and/or Remedial Writs; Parish of Bossier 26th Judicial District Court Div. “A” Number 65,782-A; to the Court of Appeal, Second Circuit, Number 31822-KH
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 *879 (La.1/12/96), 665 So.2d 1172; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.
CALOGERO, C.J. not on panel.